UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT D. GORDON, Receiver of Legisi
Marketing, Inc., et al.,

        Plaintiff,

v.

BEVERLY A. CHITTY,

        Defendant.
_____/

Case No. 12-15415

Hon. George Caram Steeh

## **DEFAULT JUDGMENT**

This matter came before the Court on Plaintiff's Motion for Entry of Default Judgment. The Court is fully advised and orders and adjudges as follows:

1.    Judgment is hereby entered in favor of Plaintiff, Robert D. Gordon, as the Receiver of Legisi Holdings, LLC, et al., and against Defendant Beverly A. Chitty, in the amount of $40,318.98, plus costs in the amount of $350, for a total judgment of $40,668.98.

2.    This Default Judgment disposes of all the claims of all the parties, is a final judgment, and closes the case.

SO ORDERED.

                                      s/George Caram Steeh

                                      United States District Judge

Dated: July 9, 2013

9188789.1 30711/122570